IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 02-10035-T-An |
| | ) | |
| WILLIAM KEITH WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION FOR EXCESS COMPENSATION

On April 26, 2005, Defendant's court-appointed attorney filed a motion for compensation in excess of the maximum amount provided by the Criminal Justice Act, 18 U.S.C. § 3006(A)(d)(3). The Act provides that a court may award compensation in excess of the statutory limits "for extended or complex representation whenever the court in which the representation was rendered . . . certifies that the amount of the excess payment is necessary to provide fair compensation and the payment is approved by the chief judge of the circuit." Id.

Defense counsel has requested slightly more than $7,100 in attorney fees. As of December 31, 2004, the maximum amount that can be paid to court-appointed attorneys, without certification by the district court and approval by the chief judge of the circuit, is

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___6/10/05___

$7,000.[1] Although the court is aware of the difficulties that defense counsel encountered in defending this matter and is appreciative of defense counsel's efforts, the court finds that the statutory amount of $7,000 is adequate compensation. Consequently, the motion for excess compensation is DENIED.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 June 2005
DATE

---

[1] Maximum amounts.--For representation of a defendant before the United States magistrate judge or the district court, or both, the compensation to be paid to an attorney or to a bar association or legal aid agency or community defender organization shall not exceed $7,000 for each attorney in a case in which one or more felonies are charged, and $2,000 for each attorney in a case in which only misdemeanors are charged. 18 U.S.C. § 3006A(d)(2).

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 150 in case 1:02-CR-10035 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Matthew M. Maddox
MADDOX MADDOX & MADDOX
P.O. Box 827
Huntingdon, TN 38344

Honorable James Todd
US DISTRICT COURT