**FILE COPY**

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| Western | William Keith Wilson | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:02CR10035-001-T | 05-5356 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| United States of America v Williams Keith Wilson | ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☒ Appeal | ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense
Manufacture Schedule II, 21 U.S.C.§ 841(a)(1), and § 846

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Sixth Cirucit Court of Appeals

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

All proceedings not previously transcribed from the Report Dates on 9/13/02 and 10/15/02. Trial transcript of all proceedings on 12/12/02 after the jury was excused to deliberate.

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned _____ % of transcript with (Give case name and

B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_Matthew M. Maddox_ 7/25/2005
Signature of Attorney      Date
Matthew M. Maddox
Printed Name
Telephone Number: (731) 986-4896
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_James D. Todd_
Signature of Presiding Judicial Officer or By Order of the Court
28 July 2005
Date of Order         Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☒ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Christine Martin, FOCR
111 S. Highland Ave. #450
Jackson TN 38301

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
81-0647227    Telephone Number: (731) 421-9237

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-13, 1-26 | 39 | $3.30 | 128.70 | — | 128.70 |
| Copy | 1-14 | 14 | $0.83 | 11.62 | — | 11.62 |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED: 140.32

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of _Christine Martin_    Date 9-15-05

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.
_Matthew M. Maddox_    9-16-05
Signature of Attorney or Clerk    Date

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT
_James D. Todd_    23 Sept 2005
Signature of Judicial Officer or Clerk of Court    Date

24. AMOUNT APPROVED
140.32

**FILE COPY**

(156)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 156 in case 1:02-CR-10035 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Matthew M. Maddox
MADDOX MADDOX & MADDOX
P.O. Box 827
Huntingdon, TN 38344

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT